IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: July 25, 2008 |
| Therese Lindblom, Court Reporter | |
| Jan Woll, Probation Officer | |

Criminal Action No. 07–cr–00069–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey for Robert Brown |
| Plaintiff, | |
| v. | |
| 1. OMAR CASTANON-PINADO, | Virginia Grady |
| Defendant. | |

## SENTENCING MINUTES

**4:21 p.m.** Court in session.

Court calls case and appearances. Defendant is present in custody.

**Defendant pled guilty on May 2, 2008, to Count I of the Indictment.**

Mitigation statement by Ms. Grady.

Statement by Defendant.

Statement by Mr. Mackey.

Court's findings.

**ORDERED: 1.** No fine is imposed.

**ORDERED: 2.** **Defendant is imprisoned for a term of forty-six months.**

The court recommends a facility in New Mexico for service of sentence.

**ORDERED: 3.** **Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.**

**ORDERED: 4.** **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.** **Conditions of supervised release are:**

    **a.** **Defendant is to observe all of the standard conditions of supervised release.**

    **b.** **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.** **Defendant is not to illegally possess or use controlled substances.**

    **d.** **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    **e.** **Defendant is not to commit a federal, state, or local crime.**

    **f.** **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    **g.** **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.**

          **Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

          **h.    If defendant is deported, he shall not re-enter the United States illegally during the term of supervised release. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.**

**ORDERED: 6.    Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 7.    Government's Motion for Downward Departure of Two Levels Regarding the Advisory Guideline Level Pursuant to Section 5K1.1 of the United States Sentencing Guidelines (#24, filed July 10, 2008) is GRANTED.**

Mr. Mackey orally moves to dismiss Counts II, III, and IV.

**ORDERED: 8.    Government's oral motion to dismiss Counts II, III, and IV is GRANTED.**

**ORDERED: 9.    Plea agreement is accepted.**

Defendant is advised of his right to appeal.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:36 p.m.**    Court in recess.

Hearing concluded.

Total time in court:    00:15